UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STANLEY GENE KONZ,

    Plaintiff,

v.   CASE No. 8:14-CV-1095-T-30TGW

THOMAS M. GALLEN,

    Defendant.
_____

## REPORT AND RECOMMENDATION

THIS CAUSE came on for consideration upon the pro se plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. 2) pursuant to 28 U.S.C. 1915 seeking a waiver of the filing fee for his complaint against the defendant.

Under 28 U.S.C. 1915(a)(1), the court may authorize the filing of a civil lawsuit without prepayment of fees if the affiant submits an affidavit that includes a statement of all assets showing an inability to pay the filing fee and a statement of the nature of the action which shows that he is entitled to redress. Even if the affiant proves indigency, the case shall be dismissed if

the action is frivolous or malicious, or fails to state a claim upon which relief may be granted. 28 U.S.C. 1915(e)(2)(B)(i), (ii).

Here, the plaintiff's complaint (Doc. 1) is patently insufficient. The complaint states that defendant Judge Thomas M. Gallen deprived the plaintiff of various civil rights in a foreclosure case. The complaint does not, however, adequately specify any cognizable wrongdoing by the defendant. Thus, because there is not a short and plain statement showing that the plaintiff is entitled to some relief, the complaint fails to satisfy the requirements of Rule 8, Fed.R.Civ.P.

In all events, the defendant, on the face of the complaint, would be entitled to judicial immunity. See Smith v. Shook, 237 F.3d 1322, 1325 (11th Cir. 2001) (judicial immunity applies to a judge who dealt with the plaintiff in a judicial capacity and did not act in the "clear absence of all jurisdiction").

Consequently, the plaintiff's complaint is subject to dismissal. §1915(e)(2)(B)(ii). While it is normally appropriate to afford the plaintiff an opportunity to file an amended complaint, see Troville v. Venz, 303 F.3d

1256, 1260 n.5 (11th Cir. 2002), I cannot perceive of any amendment which would permit this suit. I therefore recommend that the Motion for Leave to Proceed In Forma Pauperis (Doc. 2) be denied and that the case be dismissed.

Respectfully submitted,

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

DATED: MAY 16, 2014

## NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal. 28 U.S.C. 636(b)(1).